JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY WHEAT, | No. | CV 20-5810 PA |
| Petitioner-Defendant, | | CR 18-205 PA |
| v. | | JUDGMENT |
| UNITED STATES OF AMERICA, | | |
| Respondent-Plaintiff. | | |

Pursuant to the Court's October 5, 2020 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by Petitioner Jimmy Wheat ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: October 5, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE